# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| RAFAEL A. JONES, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-2337 CAS |
| | ) | |
| EDWARD RUPPELL, ALMILEE DITTMAN, | ) | |
| MICHAEL REAGAN, PAUL GORE, | ) | |
| and JOSEPH SAINT, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).


_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**


Dated this 27th day of December, 2012.